UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| LINDY'S HOMEMADE, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:15-cv-00040-GCM |
| | ) |
| TWIN CITY FIRE INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## ORDER DEFERRING DISCOVERY AND
## SETTING SCHEDULE FOR DISPOSITIVE MOTION PRACTICE

Upon consideration of the parties' Certification and Report of Initial Attorneys' Conference, and for good cause shown, it is hereby ORDERED as follows:

1. The parties shall file cross-motions for dispositive relief on the following schedule:

| DATE | FILING |
|---|---|
| Thirty days after entry of this Order. | Due date for opening cross-motions for dispositive relief, and briefs in support thereof. |
| Twenty-one days after the due date for opening cross-motions for dispositive relief. | Due date for opposition briefs. |
| Fourteen days after due date for opposition briefs. | Due date for reply briefs. |

2. The foregoing briefing schedule may be modified by the Court for good cause shown.

3. The exchange of initial disclosures and all other discovery shall be deferred until the Court enters its ruling on the parties' cross-motions for dispositive relief. In the event such ruling does not conclusively resolve the parties' claims and defenses, the parties shall confer and jointly

report to the Court within 30 days of the entry of the Court's ruling on the parties' cross-motions for dispositive relief on the need, if any, to pursue discovery.

SO ORDERED.

Signed: March 4, 2015

Graham C. Mullen
United States District Judge